**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN RESIDENTIAL SERVICES, LLC, | 2:14-cv-00516-APG-GWF |
| Plaintiff, | ORDER |
| vs. | |
| COLIN MARTODAM, GREENSTAR HOME SERVICES, INC., and GREENSTAR HOME SERVICES OF NEVADA, INC., | |
| Defendants. | |

   IT IS ORDERED that a non-evidentiary telephonic hearing on the plaintiff's motion for preliminary injunction (#9) will be held on Monday, April 14, 2014, at 2:00 p.m., before the undersigned.  The telephonic hearing shall be conducted via AT & T Conference. Participants shall call AT&T no later than 5 minutes prior to the hearing at 1 (877) 336-1839 and provide Access Code 3246567 and Security Code 0185.

   IT IS FURTHER ORDERED that defendants shall file a response to plaintiff's motion no later than noon on Friday, April 11, 2014.

1

IT IS FURTHER ORDERED that plaintiff shall serve upon the defendants a copy of the complaint, the motion for preliminary injunction, the ex-parte application for order shortening time, and a copy of this order no later than noon on Thursday, April 10, 2014.  Proof of service shall be filed with the court on the day after service.

IT IS SO ORDERED.

DATED: This 9th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE