1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                       **DISTRICT OF NEVADA**

8

9   AMERICAN RESIDENTIAL SERVICES,    )      2:14-cv-00516-APG-GWF
    LLC,                              )
10                                    )
              Plaintiff,              )      ORDER
11                                    )
    vs.                               )
12                                    )
    COLIN MARTODAM, GREENSTAR HOME    )
13  SERVICES, INC., and GREENSTAR     )
    HOME SERVICES OF NEVADA, INC.,    )
14                                    )
              Defendants.             )
15  _____  )

16       Pursuant to the stipulation of the parties (#16), in which the

17  parties have represented to the court that this action has been

18  settled in principle, and that upon finalization of the settlement

19  agreement the parties will submit a stipulated permanent

20  injunction, and good cause appearing, the telephonic hearing set

21  for Monday, April 14, 2014, at 2:00 p.m. is hereby VACATED.  The

22  court will set a telephonic status conference before the

23  undersigned by separate order.

24       IT IS SO ORDERED.

25       DATED: This 11th day of April, 2014.

26

27                          _Howard D McKibben_
                            _____
28                          UNITED STATES DISTRICT JUDGE